UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN BROWN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | Case No. 4:18-cv-20-FL |
| WALMART STORES EAST, LLC | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered October 9, 2018 and January 14, 2019, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted, plaintiff's motion to amend her complaint is denied and plaintiff's complaint is dismissed.

**This Judgment Filed and Entered on January 14, 2019, and Copies To:**

Karen Brown  (via US mail 291 West Southwinds Drive, Newport, NC 28570)
Julie Kerr Adams  (via CM/ECF Notice of Electronic Filing)

January 14, 2019                                PETER A. MOORE, JR. CLERK
                                                 /s/ Sandra K. Collins
                                                (By) Sandra K. Collins, Deputy Clerk